IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-02679-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: December 20, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                    *Counsel:*

CHRISTINA K. SMITH, LLC.,                     Jane G. Ebisch

        Plaintiff,

v.

VML, INC., *et al.*,                                      Jason M. Lynch

        Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:      8:58 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and the parties regarding the defendant's Unopposed MOTION to Stay Discovery (Docket No. 25, filed on 12/5/2012), the parties completing their Rule 26(a) disclosures, and the setting of a scheduling conference.  Ms. Ebisch informs the court that the plaintiff's Rule 26 disclosures have already been produced.

**ORDERED:**   The court **DENIES** the defendant's Unopposed MOTION to Stay Discovery (Docket No. 25, filed on 12/5/2012).

**ORDERED:**   A Scheduling Conference is set for **January 4, 2013 at 1:30 p.m.**  The parties shall file their proposed scheduling order (and also email an editable version to Shaffer_Chambers@cod.uscourts.gov) **no later than noon on 1/3/2013**.

At this scheduling conference the parties shall be prepared to present oral argument on the two pending motions (the defendant's MOTION to Change Venue Docket No. 20, filed on 11/14/2012 and the defendant's MOTION to Dismiss Docket No. 21 filed, on 11/14/2012).

HEARING CONCLUDED.

**Court in recess:**     **9:10 a.m.**
Total time in court:     00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.