# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  12-cv-02679-REB-CBS

CHRISTINA K. SMITH, LLC, d/b/a METROPOLIS ENTERPRISE STRATEGIES, a Colorado limited liability company,

    Plaintiff,

v.

VML, INC., a Missouri corporation, and
WUNDERMAN CHICAGO, d/b/a WUNDERMAN3 or WUNDERMAN or WUNDERMAN WORLDWIDE, LLC, or WPP, a Nevada corporation operating in the state of Illinois,

    Defendants.

## ORDER ADOPTING RECOMMENDATIONS OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before are (1) the **Recommendation of United States Magistrate Judge** [#37],[1] filed January 4, 2013; and (2) the **Recommendation of United States Magistrate Judge** [#38], filed January 4, 2013.  No objections having been filed to the recommendations within the time permitted by the Federal Rules of Civil Procedure, I review them only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended dispositions of the extant motions, I find and conclude that the recommendations should be approved and adopted.

---

[1]  "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#37], filed January 4, 2013, is **APPROVED AND ADOPTED** as orders of this court;

2. That the **Recommendation of United States Magistrate Judge** [#38], filed January 4, 2013, is **APPROVED AND ADOPTED** as orders of this court;

3. That **Defendants' Motion for Change of Venue** [#20], filed November 14, 2012, is **GRANTED**;

4. That **Defendants' Motion To Dismiss the Complaint** [#21], filed November 14, 2012, is **DENIED**;

5. That the Trial Preparation Conference set Friday, January 24, 2014, at 3:30 p.m., and the trial set to commence on Monday, February 3, 2014, are **VACATED**; and

6. That this action shall be **TRANSFERRED** to the United States District Court for the Western District of Missouri (Charles Evans Whitaker Courthouse, 400 East 9th Street, Kansas City, MO 64106) for all further proceedings.

Dated February 11, 2013, at Denver, Colorado.

                                              **BY THE COURT:**

*Robert E. Blackburn*
Robert E. Blackburn
United States District Judge